AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

8 U.S.C. § § 1326(a) and (b) -- Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───
ADAM OROZCO-NUNGARAY, a/k/a Adan Orozco-Nungaray

DISTRICT COURT NUMBER
CR08-0109 SBA

─── DEFENDANT ───

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

E-filing

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-0109

ADAM OROZCO-NUNGARAY,
a/k/a Adan Orozco-Nungaray,

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) – Deported Alien
Found in the United States

---

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A true bill.

_____ Foreman

Filed in open court this __27__ day of
February 2008.

_____ Clerk

Bail, $ No bail arrest warrant 2/27/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM OROZCO-NUNGARAY,<br>　　a/k/a Adan Orozco-Nungaray,<br><br>　　　　Defendant. | Criminal No.: CR08-0109<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) --<br>Deported Alien Found In United States<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

　　1.　　Prior to August 6, 2002, defendant ADAM OROZCO-NUNGARAY was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

　　2.　　On or about August 6, 2002, defendant ADAM OROZCO-NUNGARAY was was removed, excluded, and deported from the United States.

　　3.　　After August 6, 2002, defendant ADAM OROZCO-NUNGARAY knowingly and voluntarily reentered and remained in the United States.

　　4.　　On or about February 10, 2008, in the Northern District of California, the

INDICTMENT

1 | defendant,

2 | ADAM OROZCO-NUNGARAY,
3 | a/k/a Adan Orozco-Nungaray,

4 | an alien, was found in the United States without having obtained the express consent of the
5 | Attorney General or the Secretary of the Department of Homeland Security to reapply for
6 | admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)
7 | and (b).

9 | DATED:    February 27, 2008        A TRUE BILL.

11 | _____
    | FOREPERSON

13 | JOSEPH P. RUSSONIELLO
    | United States Attorney

15 | _____
    | W. DOUGLAS SPRAGUE
16 | Chief, Oakland Branch

18 | (Approved as to form: _____ )
    | AUSA J.C. MANN

INDICTMENT                          2