# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 3/11/08

CR 08-00109SBA                    JUDGE: **SAUNDRA BROWN ARMSTRONG**

**OROZCO-NUNGARAY**           Present (x)  Not Present ( )  In Custody (x)
  DEFENDANT(S)

**JAMES MANN**                           **JOHN PAUL REICHMUTH**
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark            **DIANE SKILLMAN**
                                        Court Reporter

 Interpreter                            Probation Officer

### PROCEEDINGS

**REASON FOR HEARING: STATUS - HELD**
**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF GOVERNMENT COUNSEL AND ADEQUATE PREPARATION OF COUNSEL UNTIL 4/8/08**

**JUDGMENT:**

### PROCEEDINGS

**Case Continued to 4/8/08 for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____ for Change of Plea @ 11:00 a.m.**
**cc:**