1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant OROZCO-NUNGARAY

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

UNITED STATES OF AMERICA,                    )
12                                           )    No. CR 08-00109-SBA
                         Plaintiff,          )
13                                           )    STIPULATION FOR
                                             )    CONTINUANCE AND EXCLUSION
14        v.                                 )    OF TIME UNDER THE SPEEDY
                                             )    TRIAL ACT, 18 U.S.C. § 3161 ET
15                                           )    SEQ.
   ADAM OROZCO-NUNGARAY,                     )
16                                           )
                         Defendant.          )
17 _____ )

18

19        IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

20 HEARING date of April 8, 2008, scheduled at 9:00 a.m., before the Honorable Saundra Brown

21 Armstrong, be vacated and reset for April 22, 2008 at 10:00 a.m. for STATUS OR CHANGE OF

22 PLEA.

23        The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§

24 3161(H)(8)(A) and (B)(iv).  The reasons for this short continuance are as follows: Both parties

25

26 need to review additional criminal history information which is determinative of the offense level

- 1 -

in this case.  The parties are negotiating a disposition, but they cannot calculate a base offense

level without a specific transcript.  The government is seeking this material, and it has taken longer

than expected.  Furthermore, this case will be transferred to new counsel within the Federal Public

Defender due to the undersigned counsel's impending sabbatical, though this transfer should not

occasion much delay.  For the foregoing reasons, the parties stipulate that the ends of justice

served by the continuance requested herein outweigh the best interests of the public and the

defendant in a speedy trial because the failure to grant such a continuance would unreasonably

deny counsel for the defendant the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

DATED:   April 3, 2008

_____/S/_____
JAMES MANN by W. DOUGLAS SPRAGUE
Assistant United States Attorney

DATED:   April 3, 2008

_____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Orozco-Nungaray

I hereby attest that I have all holograph signatures for any signatures indicated by a "conformed"

signature (/S/) within this e-filed document.

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant OROZCO-NUNGARAY

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                    )
12                                              )  No. CR 08-00109-SBA
                        Plaintiff,              )
13                                              )
                                                )  [PROPOSED] ORDER FOR
14        v.                                    )  CONTINUANCE AND EXCLUSION
                                                )  OF TIME UNDER THE SPEEDY
15                                              )  TRIAL ACT, 18 U.S.C. § 3161 ET
   ADAM OROZCO-NUNGARAY,                        )  SEQ.
16                                              )
                        Defendant.              )
17  _____)

18
                                   **ORDER**
19

20       Based on the reasons provided in the stipulation of the parties above, the court hereby

21  FINDS:

22
         1. The ends of justice served by the granting of the continuance from April 8, 2008 until
23
   April 22, 2008 outweigh the best interests of the public and the defendant in a speedy and public
24
   trial because additional investigation and review are necessary to the defense preparation of the
25
   case.
26

                                      - 1 -

2.  Given counsels' need to acquire relevant records, and given the pending transfer of thsi case to new defense counsel, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from April 8, 2008 until April 22, 2008.

IT IS FURTHER ORDERED that the STATUS/CHANGE OF PLEA HEARING date of April 8, 2008, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for April 22, 2008 at 10:00 a.m. for STATUS/CHANGE OF PLEA.

DATED:

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE