1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant OROZCO-NUNGARAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) No. CR 08-00109-SBA |
| | ) |
| v. | ) ORDER FOR CONTINUANCE AND |
| | ) EXCLUSION OF TIME UNDER THE |
| | ) SPEEDY TRIAL ACT, 18 U.S.C. § |
| ADAM OROZCO-NUNGARAY, | ) 3161 ET SEQ. |
| Defendant. | ) |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from April 8, 2008 until April 22, 2008 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsels' need to acquire relevant records, and given the pending transfer of thsi case to new defense counsel, the failure to grant the requested continuance would unreasonably deny the

defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from April 8, 2008 until April 22, 2008.

IT IS FURTHER ORDERED that the STATUS/CHANGE OF PLEA HEARING date of April 8, 2008, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for April 22, 2008 at 10:00 a.m. for STATUS/CHANGE OF PLEA.

DATED: 4/8/08

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE