**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/22/08

CR 08-00109SBA                               JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**OROZCO-NUNGARAY**          Present (x)  Not Present ( )  In Custody (x)
  **DEFENDANT(S)**

<u>  JAMES MANN  </u>                          <u>    ANGELA HANSEN          </u>
**U.S. ATTORNEY**                        **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**              <u>  DIANE SKILLMAN          </u>
                                              **Court Reporter**

 Interpreter                                   Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:  STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF COUNSEL UNTIL 5/6/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to <u> 5/6/08 </u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**