**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 5/6/08

CR 08-00109SBA                    JUDGE: **SAUNDRA BROWN ARMSTRONG**

OROZCO-NUNGARAY          Present (X) Not Present ( ) In Custody (X)
  DEFENDANT(S)

**JAMES MANN**                    **ANGELA HANSEN**
U.S. ATTORNEY                  ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark          **RAYNEE MERCADO**
                                     Court Reporter

**ANGELA ZAWADSKI**
Interpreter                          Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON THE COURT'S CONSIDERATION OF THE PLEA AGREEMENT UNTIL 7/22/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days/weeks) at 8:30 a.m.
Case Continued to __7/22/08__ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to __7/22/08__ for Change of Plea @ 10:00 a.m.
cc: