BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ADAM OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,                     )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>ADAM OROZCO-NUNGARAY,      )<br>                                                              )<br>                    Defendant.                  )<br>_____) | No.   CR-08-00109-SBA<br><br>**DEFENDANT'S**<br>**SENTENCING MEMORANDUM**<br><br>Sentencing Date: July 22, 2008 |

       Adam Orozco-Nungaray, through his attorney, Assistant Federal Public Defender Angela M. Hansen, submits this Sentencing Memorandum to request that the Court sentence Mr. Orozco to the agreed-upon sentence in his Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement with the government.

       This is Mr. Orozco's first illegal reentry conviction. He came back to the United States several years after he was deported to visit with his family and his son. *See* May 13, 2008 Letter from family, attached. Because this was his first illegal reentry conviction, the government offered Mr. Orozco its early disposition program, otherwise known as a "fast-track" plea agreement, in which the government agrees to a 4-level departure from the applicable offense level.

1    With a four-level downward adjustment for the early disposition program, it is undisputed
2 that Mr. Orozco is at an adjusted offense level 17 and in Criminal History Category V, for a
3 resulting range of 46-57 months. PSR ¶ 52. In the proposed plea agreement the parties agreed
4 that the appropriate sentence in this case would be the low-end of this guideline range. *See* Plea
5 Agreement ¶ 8(a). Mr. Orozco therefore requests that the Court accept his plea agreement with
6 the government and sentence him to 46 months in the custody of the Bureau of Prisons with 3
7 years of supervised release to follow.

8    Dated: July 15, 2008                    Respectfully submitted,

9                                            BARRY J. PORTMAN
                                             Federal Public Defender
10
                                                /S/
11                                           ANGELA M. HANSEN
                                             Assistant Federal Public Defender

May 13, 2008

Dear Judge Armstrong,

I am writing this letter to talk about my brother Adan Orozco who came illegal to the United States the reason he came was because he has a son who's name is Adam Ray and he is 9 years old and a doughter name Diana Orozco and she is 7 months and his girlfriend who is here we know that it was wrong what he did by coming illegal to the US but he was working in gardning maintance with his sister Susana Alvarez to be able to support his family he has been a loving boyfriend and a father to his kids he wasn't getting in any trouble he also likes to be with his family and likes to take care of them.

x *Yesenia Moreno*
Yesenia Moreno
Sister

x *Jesus I Orozco*
Jesus I Orozco
Father

x *Guadalupe Orozco*
Guadalupe Orozco
Mother