JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADAM OROZCO-NUNGARAY, ) <br>   a/k/a Adan Orozco-Nungaray, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-08-0109 SBA <br><br> GOVERNMENT'S SENTENCING MEMORANDUM <br><br> **Sentencing Date: July 22, 2008, 10:00 a.m., The Honorable Saundra Brown Armstrong** |

The United States of America requests that Defendant Adam Orozco-Nungaray be sentenced to 46 months imprisonment, the low end of the United States Sentencing Guidelines ("Guidelines") range, and three years of supervised release, consistent with the Plea Agreement and the recommendation of the United States Probation Office ("USPO").

**INTRODUCTION**

The parties anticipate that defendant will plead guilty to a single-count indictment alleging that defendant illegally reentered the United States following deportation in violation of Title 8, United States Code, Section 1326. The Presentence Investigation Report ("PSR")

1 adequately sets forth the criminal activity.  Consequently, the United States will not repeat the
2 information in this section.

### ARGUMENT

**I. PURSUANT TO THE SENTENCING GUIDELINES, DEFENDANT SHOULD BE SENTENCED TO 46 MONTHS IMPRISONMENT AND THREE YEARS OF SUPERVISED RELEASE.**

The United States agrees with the Guidelines calculations set forth in the PSR resulting in a total offense level of 17 and a criminal history category of V.  PSR ¶¶ 22, 30.  Pursuant to the Plea Agreement in this matter, the United States recommends a sentence of 46 months imprisonment.

**II. APPLICATION OF THE FACTORS IN 18 U.S.C. § 3553(a) DEMONSTRATES THAT A SENTENCE OF 46 MONTHS IMPRISONMENT AND THREE YEARS OF SUPERVISED RELEASE IS REASONABLE.**

The Supreme Court recently noted that the "Guidelines . . . seek to embody the § 3553(a) considerations, both in principle and in practice."  Rita v. United States, 127 S. Ct. 2456, 2464 (2007).  These factors or considerations include the need for the sentence to promote respect for the law, afford adequate deterrence, and protect the public from further criminal conduct by the defendant. 18 U.S.C. § 3553(a).  The sentence recommended by the parties achieves all of these sentencing goals.  Defendant has amassed a significant criminal record in the United States, including several theft-related offenses and a battery offense in which defendant apparently stabbed an individual during a fight in 2001.  PSR ¶¶ 25-29.  A sentence of 46 months imprisonment, three-years supervised release, and a $100 special assessment is therefore reasonable and appropriate.

### CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court accept the parties' Plea Agreement, and determine that defendant's Guidelines offense level is 17 and his criminal history category is V.  The United States further respectfully requests that, taking into consideration the sentencing factors set forth in section 3553(a), the Court sentence defendant to the low-end of the applicable Guidelines range, namely, 46 months imprisonment, impose a

1 three-year term of supervised release (under the terms and conditions recommended by the
2 USPO), and order defendant to pay a $100 special assessment.
3 DATED: July 15, 2008                              Respectfully submitted,
4                                                                    JOSEPH P. RUSSONIELLO
                                                                        United States Attorney
5
6                                                                           /s/
                                                                        JAMES C. MANN
7                                                                    Assistant United States Attorney