**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/22/08

CR 08-00109SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**OROZCO-NUNGARAY**           Present ( X  Not Present ( )  In Custody (X)
  **DEFENDANT(S)**

<u>JAMES MANN</u>                        <u>ANGELA HANSEN</u>
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:** Lisa R. Clark           <u>STARR WILSON</u>
                                            **Court Reporter**

<u>INEZ SWANEY</u>                        <u>JACKIE SHARPE</u>
  **Interpreter**                         **Probation Officer**
                         **PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING: DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT**

**JUDGMENT:   46 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT; SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

**Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____ for Change of Plea @ 11:00 a.m.**
**cc:**